# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 95-20911
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAVIER CISNEROS-MEDINA,

Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. CR-H-95-95-1

October 28, 1996

Before POLITZ, Chief Judge, KING and PARKER, Circuit Judges.

PER CURIAM:[*]

Javier Cisneros-Medina appeals his concurrent 13-month sentences for

conspiracy to bring illegally into the United States one or more aliens and for

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

illegally bringing, transporting, harboring, encouraging, and inducing aliens into the United States. He contends that the district court erred by adjusting his offense level upward for his role as a manager or supervisor under U.S.S.G. § 3B1.1(b). Our review of the record persuades that the district court's finding that Cisneros-Medina was a manager or supervisor is supported by the evidence and manifestly is not clearly erroneous. **United States v. Musquiz**, 45 F.3d 927 (5th Cir.), <u>cert</u>. <u>denied</u>, 116 S.Ct. 54 (1995). We find no error in the sentencing and same is AFFIRMED.